## Rispo v. Motor Freight Express, Inc., Appellant.

Before ANDERSON, J.

Argued September 9, 1975. *John J. O'Brien, Jr.*, with him *John F. McDevitt, Jr.*, and *O'Brien & O'Brien*, for appellant; *John Mattioni*, with him *Mattioni, Mattioni & Mattioni*, for appellee.

Judgment affirmed.

## Scheer Adoption.

Before CIPRIANI, J.

Argued September 8, 1975. *Paul Shalita*, for appellant; *Jana-Lyn Weisman*, submitted a brief for appellee.

Orders affirmed.

## Stapleton et ux. v. Dauphin County Child Care Service (et al., Appellants).

Before LIPSITT, J.

Argued September 12, 1975. *G. David Pauline*, with him *Alan Linder*, for appellants; *Lawrence G. Frank*, with him *Killian & Gephart*, for appellees.

Order affirmed.